UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS S. TAORMINA, Plaintiff, vs. STOREY COUNTY, Defendant. | CASE NO. 3:09-CV-00021-LRH-VPC **STIPULATION and ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT** |
|---|---|

COMES NOW Plaintiff, Thomas S. Taormina and Defendant, Storey County, by and through their respective counsel, and hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiff's Motion for Declaratory Judgment through and including December 3, 2009.

The undersigned counsel represent that the requested continuance of is required as the parties are currently engaging in settlement negotiations.

The undersigned counsel specifically represent that the continuation of this deadline is not made for the purposes of delay or dilatory tactics. Further, counsel specifically represent that this is the first request made for such continuance and should not cause prejudice to any party herein.

DATED: 11/2/09, 2009.
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH & EISINGER

By: _____
Brent T. Kolvet, Esq.
Attorneys for Defendant
Storey County

DATED: 11/2/09, 2009.
MCMAHON LAW OFFICES, LTD.

By: _____
Brian M. McMahon, Esq.
Fred Hopengarten, Esq.
Attorneys for Plaintiff
Thomas Taormina

IT IS SO ORDERED this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882